IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD DEMETRIUS IRVING,<br><br>  Petitioner,<br><br>   vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Respondent.<br>_____ / | No. CIV S-05-1621-LKK-CMK-P<br><br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motions for an extension of time (Docs. 7 & 8), filed on December 23, 2005, and January 1, 2006.

      On December 13, 2005 the court issued findings and recommendations and provided for objections to be filed within ten days of the date of service thereof. Petitioner now seeks a 30-day extension of that deadline. Good cause appearing therefor, the requests will be granted. Petitioner is reminded that failure to file objections within the specified time may waive the right to appeal any order adopting the findings and recommendations. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

1   Accordingly, IT IS HEREBY ORDERED that:

2       1.    Petitioner's motions for an extension of time are granted; and

3       2.    Within 30 days after being served with this order, any party may file written objections with the court, such document to be captioned "Objections to Magistrate Judge's Findings and Recommendations".

DATED: January 9, 2006.

                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE