**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOYDD DEMETRIUS IRVING, | No. CIV S-05-1621-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 14), filed on March 21, 2006.

On March 1, 2006, the court vacated the December 13, 2005, findings and recommendations and dismissed the petition with leave to amend because petitioner failed to name the correct respondent. The court directed petitioner to file an amended petition within 30 days of the date of the order. Petitioner now seeks an extension of time. Good cause appearing therefor, petitioner's request will be granted.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted; and

2. Petitioner shall file an amended petition within 30 days of the date of this order.

DATED: March 22, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE