IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD DEMETRIUS IRVING, | No. CIV S-05-1621-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA; et al. | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended petition for a writ of habeas corpus (Doc. 16), filed on April 21, 2006.

The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief.  See id.  Respondents, therefore, will be directed to file a response to petitioner's petition.  See id.  If respondents answer the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the

1

determination of the issue(s) presented in the petition.  See id.

In addition, petitioner has now named the correct respondent.  The Clerk of the court will be directed to update the docket to include "J. Walker, Warden" as an additional respondent.

Finally, good cause appearing therefor, the court will grant petitioner's motion for an extension of time to file his amended petition, which is considered timely.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time to file an amended petition is granted;

2. Respondents are directed to file a response to petitioner's amended petition within 30 days from the date of service of this order;

3. Petitioner's traverse or reply (if respondents file an answer to the petition), if any, or opposition or statement of non-opposition (if respondents file a motion in response to the petition) shall be filed and served within 30 days of service of respondents' response;

4. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney General; and

5. The Clerk of the Court shall update the docket to reflect that "J. Walker, Warden" is a respondent.

DATED: April 27, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE