**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOYDD DEMETRIUS IRVING, | No. CIV S-05-1621-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 37), filed October 12, 2006

      On August 17, 2006, the court issued an order permitting petitioner to file a traverse to respondent's answer within 60 days of service thereof. Petitioner now seeks a further extension of that deadline. Good cause appearing therefor, the request will be granted.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time is granted; and

2. Petitioner may file a traverse within 30 days of the date of service of this order.

DATED: October 18, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE