IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOYDD DEMETRIUS IRVING,   No. CIV S-05-1621-LKK-CMK-P

    Petitioner,

  vs.   ORDER

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's untitled document (Doc. 43) addressed to the Office of the Clerk of the Court, filed on December 11, 2006. In his document, petitioner complains of "harassment" by prison officials with respect to his library access and legal mail. On the last handwritten page, petitioner states:

>     Are there (any) forms/motions – I can file, to stop this harassment from, custody officials?? (sic).
>     They are waiting on me (my assumption) to file a, 42 U.S.C. – 1983 – they probably thought, thats what that was, when I forwarded it to you!!   (sic).

/ / /

1

To the extent petitioner is seeking legal advice, that is something the court cannot give. To the extent petitioner would have his submission be construed as a § 1983 action, the court declines to do so. To the extent petitioner seeks court forms, the Clerk of the Court will be directed to forward to plaintiff the court's form for a § 1983 action by a state prisoner. Finally, to the extent petitioner's allegedly restricted library access necessitates further time for petitioner to file a traverse, the court will construe petitioner's filing as a request for an extension of time, which will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's document filed on December 11, 2006 (Doc. 43), is construed as a motion for an extension of time and, so construed, is granted;

2. Petitioner may file a traverse within 30 days of the date of service of this order; and

3. The Clerk of the Court is directed to forward to plaintiff the court's form for an action pursuant to 42 U.S.C. § 1983 by a state prisoner.

DATED: December 21, 2006.

                                                                              /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE