IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOYDD DEMETRIUS IRVING,

    Petitioner,               No. CIV S-05-1621 LKK CMK P

   vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.          ORDER

/

       Petitioner has filed an additional request for an extension of time to file his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's January 25, 2007 request for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: February 12, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE