IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOYDD DEMETRIUS IRVING,

    Petitioner,               No. CIV S-05-1621 LKK CMK P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.          ORDER

_____/

    Petitioner has requested an extension of time to file his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 15, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: April 18, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE