IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOYDD DEMETRIUS IRVING,                 No. CIV S-05-1621 LKK CMK P

      Petitioner,

  vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

      Respondents.                 ORDER

      Petitioner has requested an extension of time to file a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's May 11, 2007 request for an extension of time is granted; and

      2. Petitioner is granted thirty days from the date of this order in which to file traverse.

DATED:  May 23, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE