# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD DEMETRIUS IRVING, | No. CIV S-05-1621-LKK-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 55). While petitioner does not state what he needs additional time to do, a review of the docket reflects that petitioner has not yet filed a traverse, which is currently overdue. Therefore, the court will construe petitioner's motion as a request for additional time to file a traverse and, so construed, the motion will be granted.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 55) is granted; and
2. Petitioner may file a traverse within 30 days of the date of this order.

DATED: June 26, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE