1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BOYDD DEMETRIUS IRVING,              No. CIV S-05-1621-LKK-CMK-P

12              Petitioner,

13         vs.                            ORDER

14    PEOPLE OF THE STATE OF
      CALIFORNIA, et al.

15
                Respondents.
16
      _____/
17

18              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19    habeas corpus pursuant to 28 U.S.C. § 2254.

20              Pending before the court is petitioner's 11th request for an extension of time to

21    file a traverse (Doc. 58).  Respondents filed their answer to petitioner's petition on May 26,

22    2006.  Petitioner's traverse was due 30 days thereafter.  Petitioner has had over one year to

23    prepare and file a traverse.  Given the amount of time petitioner has had to file a traverse, the

24    court finds that additional time is not warranted.  The request for an extension of time will be

25    denied.

26    / / /

                                          1

1    Also pending is petitioner's second request for appointment of counsel (Doc. 57).

2  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See

3  Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes

4  the appointment of counsel at any stage of the case "if the interests of justice so require."  See

5  Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the

6  interests of justice would be served by the appointment of counsel.

7    This case is ready for a decision on the merits.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.    Petitioner's request for an extension of time is denied; and

10   2.    Petitioner's request for appointment of counsel is denied.

11

12

13  DATED:  August 15, 2007.

14

15                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

2