IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYDD DEMETRIUS IRVING, | No. CIV S-05-1621-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 61). Petitioner seeks an extension of time to file objections to findings and recommendations issued on March 3, 2008. Good cause appearing therefor, the request is granted. The parties may file objections within 45 days of the date of this order.

IT IS SO ORDERED.

DATED: March 26, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1