IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOYDD DEMETRIUS IRVING,    No. CIV S-05-1621-LKK-CMK-P

    Petitioner,

  vs.    <u>ORDER</u>

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 64). Petitioner seeks a further extension of time to file objections to findings and recommendations issued on March 3, 2008. Good cause appearing therefor, the request is granted. The parties may file objections within 45 days of the date of this order.

          IT IS SO ORDERED.

DATED: May 22, 2008

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE